ROY C. STEWART, PLAINTIFF-PETITIONER, v. WILLIAM SCHICK, JR., *ET AL.*, DEFENDANTS-RESPONDENTS.

*Mr. Isadore Glauberman* for the petitioner.

*Messrs. Hofstra & Hofstra* and *Mr. Howard Stern* for the respondents.

September 21, 1959.   Denied.

THE ECLOSS CO., INCORPORATED, PLAINTIFF-RESPONDENT, v. TOWNSHIP OF PARSIPPANY-TROY HILLS, DEFENDANT-PETITIONER.

See same case below:   55 *N. J. Super.* 552.

*Messrs. Jeffers, Mountain & Franklin* for the petitioner.

*Messrs. Meyers & Lesser* for the respondent.

September 21, 1959.   Denied.